UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cynthia Visajel,<br>individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Natera, Inc.<br><br>  Defendant | Civ. A. No. 1:23-cv-11051-IT |

**PLAINTIFF'S ASSENTED-TO MOTION FOR APPROVAL OF SETTLEMENT, SERVICE AWARD, AND ATTORNEYS' FEES AND COSTS**

  Plaintiff respectfully submits the following Assented-to Motion for Approval of Settlement, Service Award, and Attorneys' Fees and Costs. For the reasons set forth in the accompany Memorandum of Law and exhibits attached thereto, Plaintiff requests that the Court enter an Order:

  1)  Approving the settlement set forth in the Joint Stipulation of Settlement and Release;

  2)  Approving the proposed Settlement Notice and Claim Form and directing its distribution;

  3)  Approving a Service Award to the Named Plaintiff for her service to the Collective;

  4)  Approving Plaintiff's request for one-third of the settlement fund for attorneys' fees, plus reimbursement of expenses;

  5)  Approving the Settlement Administrator's fees;

  6)  Incorporating the terms of the Settlement Agreement; and

7) Dismissing the action without prejudice, which will become a dismissal with prejudice if no motion to reinstate is filed on or before 180 days after the Settlement Notice and Claim Form is mailed to the Collective.

Respectfully submitted,

Plaintiff, Cynthia Visajel,
individually & on behalf of
all others similarly situated

By her attorney,

/s/ Adam J. Shafran
Adam J. Shafran, BBO#670460
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
617-723-7700
617-227-0313 (fax)

## RULE 7.1 CERTIFICATION

I, Adam J. Shafran, hereby certify that counsel for the Plaintiff conferred with Defendant's counsel, and Defendant does not oppose Plaintiff's motion.

*/s/ Adam J. Shafran*
Adam J. Shafran

## CERTIFICATE OF SERVICE

      I, Adam J. Shafran, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) on November 17, 2023.

                                          */s/ Adam J. Shafran*
                                          Adam J. Shafran